# ORDER OF MULITDISTRICT LITGATION PANEL

Order Pronounced May 25, 2018

## THE MOTIONS TO STAY IN THE FOLLOWING CASE ARE GRANTED:

18–0358        IN RE TEXAS OPIOID LITIGATION

Manufacturer's Joint Request for Immediate Stay of all trial court proceedings, filed on April 20, 2018 and joined by Distributor Defendants on May 1, 2018, was granted on May 2, 2018. All trial court proceedings in the cases listed in Appendix A of the Manufacturer's Motion to Transfer and Appendix A to the Distributor's Motion were and are stayed until further order of the MDL Panel.

The court also grants Defendants' Joint Motion to Expand Stay. All trial proceedings in the cases listed in Supplemental Appendix A of the Defendants Joint Supplement to Defendants' Motions to Transfer and Motion to Expand Stay are stayed until further order of this court.